UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY,<br><br>               Plaintiff,<br><br>    -against-<br><br>NEPPERHAN COMMUNITY CENTER, INC.,<br><br>               Defendant. | DOCKET No. 19-cv-7062 (CS)<br><br>Civil Action<br><br><br>**Order** |

      THIS MATTER having been brought before the Court by Arthur Russell, attorney for Plaintiff Hewlett-Packard Financial Services Company, on its motion for an Order granting judgment against Defendant Nepperhan Community Center, Inc. based on its default under the Settlement Agreement between the parties, and for good cause shown;

      IT IS this 17th day of February 2021, ~~20~~ hereby ORDERED, that the motion of Plaintiff HPFS be, and it hereby is granted. The Clerk shall enter judgment in favor of HPFS and against Nepperhan in the amount of $171,745.28.

                                                SO ORDERED.

                                                *Cathy Seibel*
                                                CATHY SEIBEL, U.S.D.J.