**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HEWLETT-PACKARD FINANCIAL
SERVICES COMPANY,
                        Plaintiff,

                                                                        19 **CIVIL** 7062 (CS)

              -against-                            **DEFAULT JUDGMENT**

NEPPERHAN COMMUNITY
CENTER, INC.,
                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated February 17, 2021, Plaintiff HPFS's motion is granted and judgment is entered in favor of HPFS and against Nepperhan in the amount of $171,745.28.

**DATED**: New York, New York
          February 18, 2021

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                                          **BY:** *K. Mango*
                                                         **Deputy Clerk**